## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: l4-80200-CR-MARRA

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

**v.**

**RUSSELL MARSHALL,**
**UNIVERSAL INDUSTRIES LIMITED, INC.,**

                    **Defendant.**
_____/

### UNIVERSAL INDUSTRIES LIMITED, INC. CORPORATE RESOLUTION
### AUTHORIZING CORPORATE CHANGE OF PLEA

**UNIVERSAL  INDUSTRIES  LIMITED,  INC.** on this 6th day of February, 2015 in the City of West Palm Beach, Florida, prior written notice having been waived, in the presence of its sole officers and directors, President, **Joseph Lucia,** and, Vice President, **Russell Marshall**, adopted the following Resolution.

**WHEREAS,  RUSSELL  MARSHALL** and **UNIVERSAL  INDUSTRIES LIMITED, INC.** were each named as Defendants in an Information in the United States District Court here in the Southern District of Florida charging them and others with federal export violations, *United States v. Russell Marshall, et al., Case No: 14-80200-CR-MARRA*; and

UNITED STATES v. RUSSELL MARSHALL
CASE NO.: 14-80200-CR-MARRA

**WHEREAS**, both **RUSSELL MARSHALL** and the corporation have been in negotiations with the United States that would result in a resolution of the outstanding charges it believes to be in its best interests,

It is therefore determined as follows:

**BE IT RESOLVED that UNIVERSAL INDUSTRIES LIMITED, INC.** and its sole officers and directors –President, **Joseph Lucia** &Vice President, **Russell Marshall** – are authorized to enter into, execute, and, conclude a formal *Plea Agreement*, and, to appear as the *Designated Corporate Representatives* in connection with all proceedings in this matter before the United States District Court.

By _____ L.S.
**JOSEPH S. LUCIA**, President

_____ L.S.
**RUSSELL MARSHALL**, Vice President

STATE OF FLORIDA           )
COUNTY OF PALM BEACH  ): ss

    Before me personally appeared **JOSEPH LUCIA** who is personally known to me or who produced photographic identification, namely a Florida Driver's License, and who executed and subscribed the foregoing in my presence on February 6, 2015.

_____
Notary Public – State of Florida at Large
Print Name:

STATE OF FLORIDA           )
COUNTY OF PALM BEACH  ): ss

    Before me personally appeared **RUSSELL MARSHALL** who is personally known to me or who produced photographic identification, namely a Florida Driver's License, and who executed and subscribed the foregoing in my presence on February 6, 2015.

_____
Notary Public – State of Florida at Large
Print Name: